**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICOLE FLORIS,<br><br>*Defendant*. | No. 26-MJ-185 (ZMF) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Mary L. Dohrmann enters her appearance as counsel for Nicole Floris in this matter.

Date: October 23, 2026

Respectfully submitted,

/s/ *Mary L. Dohrmann*

MARY L. DOHRMANN
DC Bar No. 90042577
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8743
mdohrmann@washingtonlitigationgroup.org