AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 12034257

**RECEIVED**

*By USMS District of Columbia District Court at 3:55 pm, Oct 22, 2026*

United States of America
v.
Nicole Floris

*Defendant*

Case: 1:26-mj-000185
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 10/20/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Nicole Floris,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(2) (False Statements to Congress)

Date: 10/20/2026

City and state: Washington, D.C.

[signature]
*Issuing officer's signature*

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/22/2026, and the person was arrested on *(date)* 10/23/2026
at *(city and state)* Washington, DC.

Date: 10/23/2026

J. Harris [signature]
*Arresting officer's signature*

J. Harris DUSM
*Printed name and title*