**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>NICOLE FLORIS,<br><br>Defendant. | No. 1:26-mj-185 (ZMF) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kyle R. Freeny hereby enters her appearance in this matter as counsel for Nicole Floris.

Date: October 26, 2026

Respectfully submitted,

*/s/ Kyle R. Freeny*
Kyle R. Freeny (D.C. Bar No. 1684764)
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8750
kfreeny@washingtonlitigationgroup.org