**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 26-mj-185** |
| **v.** | : | |
| | : | |
| **NICOLE FLORIS and** | : | |
| **BRADLEY BENAVIDES** | : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for the defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED ATTORNEY

By: /s/

JOHN W. BORCHERT (D.C. Bar. No. 472824)
CORY E. JACOBS
JAMES KIRKPATRICK, III
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530