**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**NICOLE FLORIS and**<br>**BRADLEY BENAVIDES**<br><br>**Defendants** | **No. 26-mj-00185** |

**NOTICE OF FILING**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of filing the following documents on the docket for the captioned case:

| | |
|---|---|
| Exhibit 1 | Superseding Criminal Complaint (Redacted) |
| Exhibit 2 | Affidavit in Support of Superseding Complaint (Redacted) |

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/

JOHN W. BORCHERT (D.C. Bar. No. 472824)
CORY E. JACOBS
JAMES KIRKPATRICK, III
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530

October 27, 2026