**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**NICOLE FLORIS and**<br>**BRADLEY BENAVIDES**<br><br>**Defendants** | **No. 26-mj-00185** |

**NOTICE OF FILING**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of filing the following documents that were marked as exhibits in open court during the preliminary hearing in this matter:

| | |
|---|---|
| Exhibit 1 | Affidavit of FBI Special Agent Bryan Witt |
| Exhibit 2 | Letter to Inspector General Michael Horowitz (August 23, 2022) |
| Exhibit 3 | Letter to Attorney General Merrick Garland and Director Christopher Wray (July 25, 2022) |
| Exhibit 4 | Press Release (August 26, 2022) |

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/

JOHN W. BORCHERT (D.C. Bar. No. 472824)
CORY E. JACOBS
JAMES KIRKPATRICK, III
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530

November 3, 2026