GARY C. PETERS, MICHIGAN, CHAIRMAN

THOMAS R. CARPER, DELAWARE
MAGGIE HASSAN, NEW HAMPSHIRE
KYRSTEN SINEMA, ARIZONA
JACKY ROSEN, NEVADA
ALEX PADILLA, CALIFORNIA
JON OSSOFF, GEORGIA

ROB PORTMAN, OHIO
RON JOHNSON, WISCONSIN
RAND PAUL, KENTUCKY
JAMES LANKFORD, OKLAHOMA
MITT ROMNEY, UTAH
RICK SCOTT, FLORIDA
JOSH HAWLEY, MISSOURI

DAVID M. WEINBERG, STAFF DIRECTOR
PAMELA THIESSEN, MINORITY STAFF DIRECTOR
LAURA W. KILBRIDE, CHIEF CLERK

# United States Senate

COMMITTEE ON
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
WASHINGTON, DC 20510–6250

August 23, 2022

The Honorable Michael E. Horowitz
Inspector General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Dear Inspector General Horowitz:

Whistleblowers have recently contacted my office to share serious concerns about the Federal Bureau of Investigation's (FBI) handling of Hunter Biden's laptop. These new allegations provide even more evidence of FBI corruption and renew calls for you to take immediate steps to investigate the FBI's actions regarding the laptop.

In October 2020, I called on the FBI to explain what actions it took after receiving the laptop.[1] The FBI failed to respond to my questions and I led the call for you to examine whether the FBI took appropriate and necessary investigative steps after receiving Hunter Biden's laptop.[2] Four months later, in February 2021, you informed me that your office would not take any actions that could interfere with an ongoing investigation. You wrote:

> [I]n December 2020, Hunter Biden publicly stated that the United States Attorney's Office (USAO) in Delaware advised his legal counsel that the USAO was investigating his tax affairs. Earlier this month, the Department announced that the U.S. Attorney in Delaware was one of two U.S. Attorneys asked to remain in his role in the new administration. In light of these circumstances, and consistent with the OIG's practice, we will not take actions that could interfere with an ongoing investigation.[3]

Since then, whistleblowers have come forward to Congress alleging that FBI officials intentionally undermined efforts to investigate Hunter Biden.[4] Recently, my office heard from

---

[1] Letter from Ron Johnson, Chairman, Homeland Security and Governmental Affairs, to Christopher A. Wray, Director, Federal Bureau of Investigation, U.S. Dep't of Justice, Oct. 17, 2020, https://www.hsgac.senate.gov/imo/media/doc/2020-10-17%20RHJ%20to%20FBI%20re%20Delaware1.pdf.
[2] Letter from Ron Johnson, Chairman, Homeland Security and Governmental Affairs, to Michael E. Horowitz, Inspector General, U.S. Dep't of Justice, Oct. 21, 2020, https://www.hsgac.senate.gov/imo/media/doc/2020-10-21%20letter%20from%20RHJ%20to%20DOJ%20OIG%20re%20FBI%20(laptop).pdf.
[3] Letter from Michael E. Horowitz, Inspector General, U.S. Dep't of Justice, to Sen. Ron Johnson, Feb. 17, 2021.
[4] Letter from Sen. Charles E. Grassley, Ranking Member, Committee on the Judiciary, to Merrick Garland, Attorney General, Dep't of Justice, and Christopher Wray, Director, Federal Bureau of Investigation, July 25, 2022, https://www.grassley.senate.gov/imo/media/doc/grassley_to_justice_deptfbipoliticalbiasfollowup.pdf.

CARDELS 800-783-0399 GOVERNMENT EXHIBIT 2

individuals with knowledge of the FBI's apparent corruption. After the FBI obtained the Hunter Biden laptop from the Wilmington, DE computer shop, these whistleblowers stated that local FBI leadership told employees, "you will not look at that Hunter Biden laptop" and that the FBI is "not going to change the outcome of the election again." Further, these whistleblowers allege that the FBI did not begin to examine the contents of Hunter Biden's laptop until after the 2020 presidential election—potentially a year after the FBI obtained the laptop in December 2019.[5]

While I understand your hesitation to investigate a matter that may be related to an ongoing investigation, it is clear to me based on numerous credible whistleblower disclosures that the FBI cannot be trusted with the handling of Hunter Biden's laptop. I hope you understand that the longer your office stands on the sidelines and delays investigating the FBI's actions, the harder it will be for you to uncover the truth and hold individuals accountable for wrongdoing. I call on you to immediately investigate the FBI's handling of Hunter Biden's laptop and begin by obtaining the history of the investigative actions taken by the FBI on Hunter Biden's laptop which should be available on the FBI's case management system, Sentinel. This case file should provide valuable information about the steps the FBI took to examine the laptop.

The American people deserve transparency and expect allegations of government corruption to be fully and immediately investigated. Thank you for your attention to this important request.

Sincerely,

Ron Johnson
Ranking Member
Permanent Subcommittee on Investigations

Enclosures

cc: The Honorable Jon Ossoff
Chairman
Permanent Subcommittee on Investigations

[5] Letter from Ron Johnson, Chairman, Homeland Security and Governmental Affairs, to Michael E. Horowitz, Inspector General, U.S. Dep't of Justice. Oct. 21, 2020, https://www hsgac.senate.gov/imo/media/doc/2020-10-21%20letter%20from%20RHJ%20to%20DOJ%20OIG%20re%20FBI%20(laptop).pdf.

# Enclosures

RON JOHNSON, WISCONSIN, CHAIRMAN

ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
JAMES LANKFORD, OKLAHOMA
MITT ROMNEY, UTAH
RICK SCOTT, FLORIDA
MICHAEL B. ENZI, WYOMING
JOSH HAWLEY, MISSOURI

GARY C. PETERS, MICHIGAN
THOMAS R. CARPER, DELAWARE
MAGGIE HASSAN, NEW HAMPSHIRE
KAMALA D. HARRIS, CALIFORNIA
KYRSTEN SINEMA, ARIZONA
JACKY ROSEN, NEVADA

GABRIELLE D'ADAMO SINGER, STAFF DIRECTOR
DAVID M. WEINBERG, MINORITY STAFF DIRECTOR

United States Senate

COMMITTEE ON
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
WASHINGTON, DC 20510-6250

October 17, 2020

The Honorable Christopher A. Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535

Dear Director Wray:

On September 24, 2020, the day after Chairman Grassley and I released our report titled, "Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns," a whistleblower contacted my committee and informed my staff that he had possession of a laptop left in his business by Hunter Biden. He also informed us that he provided its contents to the Federal Bureau of Investigation (FBI) in response to a December 9, 2019 grand jury subpoena. As the first step in our due diligence, committee staff contacted FBI officials and asked for confirmation of certain facts in an attempt to validate the whistleblower's claims and assertions. Unfortunately, several days later, the FBI responded that it would not confirm or deny any information identified by the committee even though several of our questions were not related to the possible existence of an ongoing grand jury investigation.

I have a responsibility to validate and verify the contents of any information produced to my committee. The committee must know if it receives information that could be fraudulent or not accurate. As my staff explained to FBI officials, this information is crucial for several reasons. For example, if any information offered to the committee was linked to a foreign adversary's attempt to interfere in the election, I would expect the FBI to ensure the committee is protected and receives a defensive briefing. Similarly, knowingly providing false information to Congress is a crime, and I would expect the FBI to have informed me if, after having been given notice of what we received, this may have occurred. That is precisely why my staff reached out to the FBI.

For these reasons, the committee must know whether the FBI has assessed the validity of materials the whistleblower has provided, and what, if any, actions the FBI has taken since obtaining this information. In light of these unanswered questions, I request the following information and material:

1. Does the FBI possess material from Hunter Biden's laptop(s)? If yes, how and when did the FBI obtain this information?

2. Is it accurate that FBI officials obtained contents from Hunter Biden's laptop from a business located in Delaware? If so:

    a. When did the FBI first examine these records?

    b. Has the FBI concluded its examination of these records?

    c. Has the FBI found any evidence of criminal activity based on its examination of these records?

    d. Has the FBI determined whether the records on the computer was generated on that computer, is genuine, or has been altered in any way?

    e. Has the FBI determined whether these records were generated or authored by Hunter Biden?

    f. Has the FBI determined whether these records are a result from someone hacking Hunter Biden's computer?

3. Is it accurate that the FBI issued a grand jury subpoena from the U.S. District Court for the District of Delaware to obtain this information? If so, when and why was this subpoena issued? Was this information ever offered to the FBI voluntarily?

4. When and how were you made aware that the Delaware computer repair shop owner possessed a computer and its electronic contents that he claimed originally belonged to Hunter Biden?

5. In addition to these records allegedly provided in response to a subpoena, has the FBI ever been in possession of any other of Hunter Biden's laptop(s) or material from Hunter Biden's laptop(s)?
    a. If so, please explain when and how the FBI obtained this information and what, if any, steps it took to investigate and authenticate that material.

6. Is the FBI aware of other federal agencies that have Hunter Biden's laptop(s) or material from Hunter Biden's laptop(s)?
    a. If so, what other agencies have this material and how did those agencies obtain it?

Please provide a response no later than October 22, 2020. Thank you for your attention to this important matter.

Sincerely,

Ron Johnson
Chairman
Committee on Homeland Security and
Governmental Affairs

cc: The Honorable Gary Peters
Ranking Member

RON JOHNSON, WISCONSIN, CHAIRMAN

ROB PORTMAN, OHIO
RAND PAUL, KENTUCKY
JAMES LANKFORD, OKLAHOMA
MITT ROMNEY, UTAH
RICK SCOTT, FLORIDA
MICHAEL B. ENZI, WYOMING
JOSH HAWLEY, MISSOURI

GARY C. PETERS, MICHIGAN
THOMAS R. CARPER, DELAWARE
MAGGIE HASSAN, NEW HAMPSHIRE
KAMALA D. HARRIS, CALIFORNIA
KYRSTEN SINEMA, ARIZONA
JACKY ROSEN, NEVADA

GABRIELLE D'ADAMO SINGER, STAFF DIRECTOR
DAVID M. WEINBERG, MINORITY STAFF DIRECTOR

United States Senate
COMMITTEE ON
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
WASHINGTON, DC 20510–6250

October 21, 2020

The Honorable Michael E. Horowitz
Inspector General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Dear Inspector General Horowitz:

On September 24, 2020, the day after Chairman Grassley and I released the majority staff report titled, "Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns," a whistleblower contacted the committee and informed staff that he had possession of a laptop left in his business by Hunter Biden. He also informed us that he provided its contents to the Federal Bureau of Investigation (FBI) in response to a December 9, 2019 grand jury subpoena. As the first step in our due diligence, committee staff contacted FBI officials and asked for confirmation of certain facts in an attempt to validate the whistleblower's claims and assertions. Unfortunately, several days later, the FBI responded that it would not confirm or deny any information identified by committee staff even though several of the questions were not related to the possible existence of an ongoing grand jury investigation.

On October 17, 2020, I asked the FBI a number of questions regarding their handling of the laptop. Unfortunately, the FBI still has not provided satisfactory answers even though press reports indicate that the FBI does possess the laptop allegedly belonging to Hunter Biden.[1] The public has a right to know whether the FBI has taken steps to authenticate and, if appropriate, investigate any of the material on the laptop. DNI Ratcliffe has already confirmed that the laptop and its contents were "not part of some Russian disinformation campaign."[2]

In your report on the FBI's Midyear Exam investigation, your office reviewed an instance in which the FBI failed to act in a timely manner on relevant evidence, specifically the "failure of the FBI to take earlier action on the [Anthony] Weiner laptop."[3] Because the FBI has not provided the committee with any information about what steps, if anything, it has taken regarding the laptop, and given the length of time the FBI has reportedly possessed this laptop (more than 10 months), the committee cannot be assured that all appropriate steps have been

---

[1] Jack Durschlag, FBI holding laptop allegedly containing Hunter Biden business emails: officials, Fox News, Oct. 21, 2020, https://www.foxnews.com/us/fbi-holding-laptop-allegedly-containing-hunter-biden-business-emails-officials.

[2] *Id.*

[3] U.S. DEP'T OF JUSTICE, OFFICE OF THE INSPECTOR GEN., A REVIEW OF VARIOUS ACTIONS BY THE FEDERAL BUREAU OF INVESTIGATION AND THE DEPARTMENT OF JUSTICE IN ADVANCE OF THE 2016 ELECTION 324 (2018).

taken and procedures have been followed. The American people expect the FBI to learn from its previous failures that your office identified and to fairly investigate potentially criminal matters concerning any U.S. citizen regardless of their last name. But, because the FBI has not provided substantive responses to my inquiries, the American people cannot be assured of those facts.

For these reasons, I respectfully request that your office open an investigation into the FBI's handling of the laptop allegedly belonging to Hunter Biden. Thank you in advance for your assistance on this matter. Should you have any questions about this request please contact Brian Downey or Scott Wittmann of my Committee staff at (202) 224-4571.

Sincerely,

Ron Johnson
Chairman

cc: The Honorable Gary Peters
Ranking Member

The Honorable William P. Barr
Attorney General

The Honorable Christopher A. Wray
Director

**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

February 17, 2021

The Honorable Ron Johnson
United States Senate
328 Hart Senate Office Building
Washington, DC 20510

Dear Senator Johnson:

I am writing in response to your letter dated October 21, 2020, in which you requested the Department of Justice (Department) Office of the Inspector General (OIG) to investigate the Federal Bureau of Investigation's handling of a laptop allegedly belonging to Hunter Biden. After receiving your letter, we informed your office of our efforts to assess whether any response from our office to you would interfere with any pending law enforcement activity.

Subsequently, in December 2020, Hunter Biden publicly stated that the United States Attorney's Office (USAO) in Delaware advised his legal counsel that the USAO was investigating his tax affairs. Earlier this month, the Department announced that the U.S. Attorney in Delaware was one of two U.S. Attorneys asked to remain in his role in the new administration. In light of these circumstances, and consistent with the OIG's practice, we will not take actions that could interfere with an ongoing investigation.

Thank you for your support for the OIG's work. If you have any questions, please feel free to contact me or Adam Miles, Senior Counselor to the Inspector General, at (202) 514-3435.

Sincerely,

Michael E. Horowitz
Inspector General

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 | (202) 514-3435

cc: The Honorable Gary Peters
Chairman
Senate Committee on Homeland Security and Governmental Affairs

The Honorable Rob Portman
Ranking Member
Senate Committee on Homeland Security and Governmental Affairs