CHUCK GRASSLEY

08.26.2022

# Grassley, Johnson Call On FBI To Explain Interference In Hunter Biden Investigation

Request FBI Personnel Appear for Transcribed Interview

BUTLER COUNTY, IOWA – Sen. Chuck Grassley (R-Iowa), Ranking Member of the Senate Judiciary Committee, and Sen. Ron Johnson (R-Wis.), ranking member of the Permanent Subcommittee on Investigations, sent a letter to Federal Bureau of Investigation (FBI) Deputy Assistant Director of Counterintelligence Bradley Benavides and FBI Intelligence Analyst in Charge of the Washington Field Office Intelligence Division Nikki Floris requesting their appearance for a transcribed interview to explain the FBI's interference in the senators' Hunter Biden investigation.

On August 6, 2020, Ms. Floris and Mr. Benavides provided Sens. Grassley and Johnson an unnecessary briefing on behalf of the FBI and Intelligence Community on matters purportedly related to the senators' investigation into Hunter Biden. The briefing led to a leak that falsely labeled the investigation as advancing Russian disinformation.

**The senators wrote**, "FBI officials initiated a scheme to downplay derogatory information on Hunter Biden for the purpose of shutting down investigative activity relating to his potential criminal exposure by labeling it 'disinformation'" and "whistleblowers have also alleged that local FBI leadership instructed employees not to look at the Hunter Biden laptop immediately after the FBI had obtained it."

Sens. Grassley and Johnson have previously requested additional records related to the briefing, but have not received a sufficient response from FBI Director Christopher Wray. "The FBI has consistently failed to respond in full to each request and failed to provide those critical records which casts further doubt on the true purpose for the briefing," **said the senators**.

Read the senators' September 2020 report **here** and November 2020 supplemental report **here**.

Read more about the letter in **Fox News** and **Washington Examiner**.

The full text of the letter can be found **HERE**.

Tags: **Government Accountability**

PREVIOUS ARTICLE

NEXT ARTICLE

CARDELS 800-783-0399
GOVERNMENT
EXHIBIT
4